UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BETTY J. VARDIN                                    CIVIL ACTION

VERSUS                                             NO: 14-536

PREMIER JEFFERSON ASIAN IMPORTS,                   SECTION: R(2)
LLC, et al.

### ORDER AND REASONS

Defendant Kia Motors America, Inc. ("Kia") moves to remand.[1] For the following reason, the motion is GRANTED.

Plaintiff Betty Vardin filed this action in Louisiana state court against defendants Premier Jefferson Asian Imports, LLC ("Premier") and Kia.[2] Vardin alleges redhibition, breach of contract, breach of implied and express warranties, and/or negligent repairs.[3] She later amended her petition to add various additional defendants.[4] On March 6, 2014, the state court granted summary judgment in favor Kia.[5] On March 11, 2014, Vardin, proceeding *pro se*, removed the suit to this Court.[6] She alleges

---

[1] R. Doc. 6.

[2] R. Doc. 1-3 at 58.

[3] *Id.* at 60-61.

[4] R. Doc. 1-2 at 6; R. Doc. 1-3 at 36.

[5] R. Doc. 6-6.

[6] R. Doc. 1.

that Premier's counsel told her that she should have brought her suit in federal court.[7] Kia moves to remand.

Vardin's notice of removal was improper. Only defendants may remove suits from state to federal court. *See Chicago, R.I. & P.R. Co. v. Stude*, 346 U.S. 574, 580 (1954); 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed *by the defendant or the defendants*, to the district court of the United States.") (emphasis added). Because Vardin is the plaintiff in this action, she was not permitted to remove the suit to this Court.

Kia asks the Court for an award of costs and attorneys' fees. *See* 28 U.S.C. § 1447(c). In its discretion, the Court declines this request. *See Veranda Assocs., L.P. v. Hooper*, 496 Fed. App'x 455, 457 (5th Cir. 2012).

Accordingly,

IT IS ORDERED that Kia's motion to remand is GRANTED.

New Orleans, Louisiana, this __21st__ day of May, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[7] *Id.* at 2; R. Doc. 8 at 1.